UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-1801 JGB (SHKx)** | Date | March 14, 2024 |
|---|---|---|---|
| Title | *Maria Caldera v. Stevens Transport, Inc. et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order to Show Cause re Dismissal for Lack of Prosecution**
                        **(IN CHAMBERS)**

On April 4, 2023, plaintiff Maria Caldera filed a California Judicial Form Complaint for Personal Injury and Property Damage – Motor Vehicle Damages in the Superior Court of the State of California, County of San Bernardino against Defendants Stevens Transport, Inc., Jimmy Lee Reddell, and Does 1 through 50. (See "Notice of Removal," Dkt. No. 1.) On September 5, 2023, Defendant Stevens Transport, Inc. removed the action. (See id.)

On January 9, 2024, in their Rule 26(f) Report, the parties informed the Court that Defendant Reddell had not been served. ("Rule 26(f) Report," Dkt. No. 11.) On March 13, 2024, Caldera filed a notice of settlement informing the Court that she and Defendant Stevens Transport, Inc. had reached an agreement to resolve the action. ("Notice of Settlement," Dkt. No. 15.) Reddell does not appear to be included in the settlement.

To date, Plaintiff has failed to serve Defendant Reddell with her Complaint. Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Generally, defendants must answer the complaint within 21 days after service. Fed R. Civ. P. 12(a)(1).

      Plaintiff has failed to comply with Federal Rule of Civil Procedure 4(m). Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **April 1, 2024,** why her claims against Reddell should not be dismissed for lack of prosecution.

      Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the plaintiff is due. Failure to timely or adequately respond to this Order or may result in the dismissal of this action in its entirety.

      **IT IS SO ORDERED.**